

# Fourth Court of Appeals
## San Antonio, Texas

May 9, 2014

No. 04-14-00205-CV

**FOUNTAINS INTERNATIONAL GROUP, INC.**,
Appellant

v.

**SUMMIT OAK DEVELOPMENT, LLC,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-09146
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's brief was due May 2, 2014. Neither the brief nor a motion for extension of time has been was filed.

We **order** appellant Fountains International Group, Inc. to file, **by May 19, 2014,** its appellant's brief and a written response reasonably explaining its failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court